UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| NATHAN STEVEN WATKINS,<br><br>                    Plaintiff,<br><br>  vs.<br><br>ANITA PETRA,<br><br>                    Defendant. | NO. CV-11-5102-JPH<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT<br><br>**1915(g)** |
|---|---|

     Magistrate Judge Hutton filed a Report and Recommendation on October 3, 2011, recommending Mr. Watkins complaint against Defendant Anita Petra, a prosecuting attorney, for allegedly committing perjury during a court hearing, be dismissed with prejudice for failure to state a claim upon which relief may be granted. *Imbler v. Pachtman*, 424 U.S. 409, 430-431 (1976)(absolute immunity accorded to a prosecutor who was sued for damages for knowingly using perjured testimony that resulted in an innocent person's conviction and incarceration for nine years).

     There being no objections, the court **ADOPTS** the Report and Recommendation in its entirety. **IT IS ORDERED** the Complaint is **DISMISSED WITH PREJUDICE** under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1),

     Pursuant to 28 U.S.C. § 1915(g), enacted April 26, 1996, a prisoner who brings three or more civil actions or appeals which are dismissed as frivolous or for failure to state a claim will be precluded from bringing any other civil action or appeal *in forma pauperis* "unless the prisoner is under imminent danger of serious physical injury." 28

ORDER ADOPTING REPORT AND RECOMMENDATION
AND DISMISSING COMPLAINT -- 1

U.S.C. § 1915(g).  **Plaintiff is advised to read the new statutory provisions under 28 U.S.C. § 1915.  This dismissal of Plaintiff's complaint may count as one of the three dismissals allowed by 28 U.S.C. § 1915(g) and may adversely affect his ability to file future claims.**

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, enter judgment, forward copies to Plaintiff at his last known address, and close the file.  The District Court Executive is further directed to forward a copy of this Order to the Office of the Attorney General of Washington, Criminal Justice Division.   The court certifies any appeal of this dismissal would not be taken in good faith.

**DATED** this 4th day of November 2011.

                         *s/Robert H. Whaley*
                         ROBERT H. WHALEY
                         UNITED STATES DISTRICT

ORDER ADOPTING REPORT AND RECOMMENDATION
AND DISMISSING COMPLAINT -- 2